COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Patrick Leon Washington v. The State of Texas

Appellate case number:    01-17-00905-CR

Trial court case number:   1490417

Trial court:                208th District Court of Harris County

A jury convicted appellant of the felony offense of aggravated sexual assault of a child, and the trial court assessed his punishment at confinement for life. Appellant filed his brief on May 2, 2018. Appellee, State of Texas, has filed a motion to seal or strike the brief, asserting that it includes sensitive data, "specifically, the names of persons who were minors at the time that the offense was committed."

We **deny** the State's request to seal the appellant's brief. We **grant** the State's request to strike the appellant's brief, filed on May 2, 2018, and order appellant to file a corrected brief that does not disclose any sensitive data, including the names of persons who were minors at the time the underlying offense was committed. *See* TEX. R. APP. P. 9.10(a), (b).

**Appellant's corrected brief is due to be filed with this Court within 14 days of the date of this order.**

The striking of appellant's brief and the filing of appellant's corrected brief does not modify any deadlines in this appeal.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                      ☑ Acting individually    ☐ Acting for the Court


Date: June 28, 2018